

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00116-CV

**BISON DRILLING AND FIELD SERVICES LLC** and Bison Trucking LLC,
Appellants

v.

**MCDAY ENERGY CORP.**, Donald W. Orr, and McDay Oil & Gas, Inc.,
Appellees

From the 293rd Judicial District Court, Zavala County, Texas
Trial Court No. 18-05-14176-ZCV
Honorable Maribel Flores, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: July 7, 2021

MOTION TO DISMISS GRANTED, APPEAL DISMISSED

On June 28, 2021, appellants filed an unopposed motion to dismiss this appeal as moot because the trial court vacated the order challenged on appeal. We grant the motion and dismiss the appeal as moot.

PER CURIAM